**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 36740**

| | |
|---|---|
| STATE OF IDAHO, | 2010 Unpublished Opinion No. 465 |
| Plaintiff-Respondent, | Filed: May 14, 2010 |
| v. | Stephen W. Kenyon, Clerk |
| JOHN ANTHONY RICHTER, | THIS IS AN UNPUBLISHED |
| Defendant-Appellant. | OPINION AND SHALL NOT BE CITED AS AUTHORITY |

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Timothy Hansen, District Judge.

Judgment of conviction and unified sentence of fifteen years, with a minimum period of confinement of five years, for attempted strangulation, <u>affirmed</u>.

Molly J. Huskey, State Appellate Public Defender; Diane M. Walker, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Jessica M. Lorello, Deputy Attorney General, Boise, for respondent.

_____

Before LANSING, Chief Judge; GUTIERREZ, Judge;
and MELANSON, Judge

_____

PER CURIAM

John Anthony Richter entered an *Alford*[1] plea to attempted strangulation. I.C. § 18-923. In exchange for his plea, an additional charge was dismissed. The district court sentenced Richter to a unified term of fifteen years, with a minimum period of confinement of five years. Richter appeals.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and

_____

[1] *See North Carolina v. Alford*, 400 U.S. 25 (1970).

need not be repeated here.  *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982).  When reviewing the length of a sentence, we consider the defendant's entire sentence.  *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007).  Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Richter's judgment of conviction and sentence are affirmed.